**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

| | | |
|---|---|---|
| IN THE INTEREST OF: P.S.-Q.S.-L., A MINOR | : | No. 98 WAL 2022 |
| | : | |
| | : | |
| | : | Petition for Allowance of Appeal |
| APPEAL OF: D.L., MOTHER | : | from the Order of the Superior Court |
| IN THE INTEREST OF M.D.V.M., A MINOR | : | No. 99 WAL 2022 |
| | : | |
| | : | |
| | : | |
| PETITION OF: D.L., MOTHER | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |

## ORDER

**PER CURIAM**

   **AND NOW**, this 9th day of June, 2022, the Petition for Allowance of Appeal is **DENIED**.